

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2014

No. 04-14-00163-CV

**AAA FREE MOVE MINISTORAGE L.L.C.,**
Appellant

v.

**BRIGHAM LIVING TRUST**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-01363
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

The reporter's record was originally due on March 18, 2014. In response to a letter from this court that the record was late, the court reporter filed a Notification of Late Reporter's Record stating that the reporter's record was not filed because appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellant was not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court <u>no later than April 25, 2014</u> that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court